**Opinion issued July 14, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00689-CV

————————————

## IN RE TARA MARIE THOMAS, Relator

---

## Original Proceeding on Petition for Writ of Habeas Corpus

---

### MEMORANDUM OPINION

Relator Tara Marie Thomas has filed a petition for writ of habeas corpus contending that an "Order Holding Respondent in Contempt for Failure to Pay Medical Child Support, Granting Cumulative Judgment for Arrearages, and Suspending Commitment" is void.[1]

---

[1] The underlying case is *In the Interest of B.C.T. and L.K.T.*, cause number 2016-88084, pending in the 257th District Court of Harris County, Texas, the Honorable Sandra J. Peake presiding.

We deny the petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a).

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.